IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL A. MARTZ, individually and on )
behalf of all others similarly situated, )
        Plaintiff, )
   )
vs )  Civil Action No. 06-1075
   )
PNC BANK, N.A., )
        Defendant. )

O R D E R

AND NOW, this 15th day of August, 2007, after the plaintiff filed a motion for class certification in the above-captioned case, and after the defendant filed a memorandum opposing class certification, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, as well as the defendant's response to those objections, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS ORDERED that the plaintiff's motion for class certification (Document No. 36) is denied.

                                 /s/ Donetta W. Ambrose
                                 United States District Judge

cc:    All Counsel of Record

       Honorable Robert C. Mitchell
       United States Magistrate Judge